UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-71** |
| **v.** | * | **SECTION: "G"** |
| **DION GURLEY et al.** | * | |

\* \* \*

## ORDER

Considering the unopposed motion to continue Defendant Temeka Jones's sentencing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Defendant Temeka Jones's sentencing is hereby continued until March 5, 2020 at 10:00 AM.

New Orleans, Louisiana, this __10th__ day of __January__ 2020.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**